

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00177-CV

JACK BREWER                                                        APPELLANT

V.

ROBERT C. RAMIREZ, IN HIS                                          APPELLEE
OFFICIAL CAPACITY AS JUDGE
OF THE COUNTY COURT AT LAW
NO. 2

----------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On November 20, 2013, we notified appellant that his brief had not been

filed as required by Texas Rule of Appellate Procedure 38.6(a).  *See* Tex. R.

App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution

unless appellant or any party desiring to continue this appeal filed with the court

---

[1]*See* Tex. R. App. P. 47.4.

within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

We dismiss appellee's motion to dismiss appeal as moot.


PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  January 16, 2014